IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TINA STEVENSON,                                 :
      Plaintiff                              :
                                             :
      vs.                                    :  CIVIL NO. 1:CV-10-2050
                                             :
NATIONAL ACTION FINANCIAL           :
SERVICES, INC.
      Defendant                            :

*O R D E R*

      AND NOW, this 5th day of January, 2011, counsel having reported to the court that the above action has been settled,

      It is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

      /s/William W. Caldwell
      William W. Caldwell
      United States District Judge